Andrew J. Miller
MILLER TOURTLOTTE LAW, PLLC
1643 24th Street West, Suite 308
Billings, MT  59102
Tel:   (406) 294-3400
Fax:   (406) 545-7995
amiller@mtlawgroup.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| TINA LOPEZ, individually, and as Personal Representative of the Estate of Justin Lopez,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | Cause No. CV-22-120-GF-JTJ<br><br><br><br>**MOTION TO DISMISS WITH PREJUDICE** |

COMES NOW Plaintiff, Tina Lopez, individually and as Personal Representative of the Estate of Justin Lopez, by and through counsel, and respectfully moves the Court to dismiss the above-entitled action with prejudice.  Plaintiff makes this motion given that the parties have settled this matter,

and all settlement documents have been executed, and settlement proceeds distributed. A proposed Order has been attached for the Court's convenience.

DATED this 30th day of July, 2024.

                                        MILLER TOURTLOTTE LAW, PLLC
                                      *Attorneys for Plaintiff*


                          By:   /s/ Andrew J. Miller
                                  Andrew J. Miller
                                  1643 24th Street West, Suite 308
                                  Billings, MT  59102