# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| TINA LOPEZ, individually, and as Personal Representative of the Estate of Justin Lopez,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | Cause No. CV-22-120-GF-JTJ<br><br><br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Plaintiff's Motion to Dismiss with Prejudice, and good cause shown, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice, each of the parties bearing their own costs and attorneys' fees.

DATED this 30th day of July, 2024.

_____
John Johnston
United States Magistrate Judge